| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>PROCTOR, R. David | 2. Court or Organization<br><br>U.S. District Court, ND/AL | 3. Date of Report<br><br>5/10/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>730 Hugo L. Black U.S. Crthse<br><br>1729 5th Avenue North<br><br>Birmingham, AL  35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member | O'Neill Building, LLC |
| 2. | Board Member | The Drew Battle Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 01/2004 | My 25% interest in the O'Neill Building, Birmingham, Alabama. (See Part VIII - Additional Information and Explanation for details.) |

2005 MAY 16 P 1:44 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROCTOR, R. David | 5/10/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First USA | Credit Card | J |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROCTOR, R. David | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Salomon Capital Fund | A | Dividend | K | T | Sell | 07/22 | K | A | |
| 2. Fidelity Advisor Small Cap | A | None | K | T | Sell | 10/07 | K | D | |
| 3. Delaware Corporate Bond | B | Div/STCG | K | T | | | | | |
| 4. Ener Plus Res. Trust | E | Div/STCG | K | T | | | | | |
| 5. Fidelity Advisor | A | STCG | K | T | | | | | |
| 6. CMA Money Fund | A | Dividend/Int | L | T | | | | | |
| 7. O'Neill Building LLC | | None | N | Q | Sell | 01/09 | N | G | |
| 8. Oppenheimer Quest Class C | A | Dividend | K | T | | | | | |
| 9. Merrill Lynch Global Allocation Class C | A | Dividend | K | T | | | | | |
| 10. Federal Home Loan | B | Interest | K | T | | | | | |
| 11. One Market Group | A | STCG/Div | K | T | | | | | |
| 12. Calamos Market Neutral | | None | K | T | | | | | |
| 13. Fidelity Adv. New Insights | B | STCG | K | T | Buy | 10/07 | | | |
| 14. First Eagle | A | Div/STCG | K | T | Buy | 07/22 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PROCTOR, R. David | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Explanation of Part II - Agreements: The other members of O'Neill Building LLC and I agreed to the sale of my 25% interest in the O'Neill Building, located in Birmingham, Alabama. During 2003, we also agreed the purchase price would be determined by having a professional valuation of the building, subtracting the mortgage balance at the time of sale, and paying me 25% of that amount. After the professional valuation was completed, my interest in the O'Neill Building LLC was sold in January 2004.

Assests previously listed in my 2003 Financial Disclosure Report, Part VII - Investments and Trusts, line numbers 12 and 13, were listed in error. These items were actually sold in 2002.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date **5/10/05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
730 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

**R. DAVID PROCTOR**
United States District Judge

Telephone (205) 278-1980
Facsimile (205) 278-1986

August 10, 2005

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC   20544

RE:    Amendment to Calendar Year 2004 Financial Disclosure Report

Dear Committee Members:

Please accept this letter as an **amendment** to my calendar year 2004 Financial Disclosure Report.

First, in Part VII, Lines 1, 2, and 7, Columns C(1) and (2) should have been left blank.

Second, the following information was inadvertently omitted from Part VII, Investments and Trusts:

> Line    13.    Fidelity Adv. New Insights    Column D(3) =  K
>
> Line    14.    First Eagle                            Column D(3) =  K

I hope this information will allow you to close my 2004 report. If you need any additional information, please contact me immediately.

Sincerely,



R. David Proctor
United States District Judge

RECEIVED 2005 AUG 16 A 11:08 FINANCIAL DISCLOSURE OFFICE